UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| **SVIERY RIVERA-GARCIA** *a/k/a* **SVIERY ABIGAL RIVERA-GARCIA,** | )<br>)<br>)<br>) |
| Petitioner, | ) |
| | ) Case No. 7:24-cv-00256-ACA-NAD |
| v. | )<br>) |
| **WARDEN KIMBERLY NEELY, et al.,** | )<br>)<br>) |
| Respondents. | ) |

## MEMORANDUM OPINION

Plaintiff Sviery Rivera-Garcia petitioned for habeas corpus relief pursuant to 28 U.S.C. § 2241 seeking to have First Step Act earned time credits applied to her sentence. (Doc. 1). On December 13, 2024, the magistrate judge entered a report, recommending that the court dismiss Ms. Rivera-Garcia's petition as moot. (Doc. 13). Although the magistrate judge advised the parties of their right to file objections to the report and recommendation within fourteen days (*id*. at 5–6), the court has not received any objections and the deadline for filing objections has passed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the magistrate judge's report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** his recommendation. Accordingly, the court **WILL DISMISS** this petition as moot.

The court will enter a separate final order consistent with this opinion.

**DONE** and **ORDERED** this February 26, 2025.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE